■ REBECCA TESTA, an Infant, by Her Mother and Natural Guardian, GERALDINE TESTA, Appellant, v KOERNER FORD OF SYRACUSE, INC., et al., Respondents. FINKELSTEIN, LEVINE, GITTELSOHN & PARTNERS et al., Appellants. (Appeal No. 3.) [689 NYS2d 921] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the same Memorandum as in Testa v Koerner Ford ([appeal No. 2] 261 AD2d 866 [decided herewith]). (Appeals from Order of Supreme

Court, Onondaga County, Tormey, III, J.—Renewal.) Present—Denman, P. J., Lawton, Hayes, Pigott, Jr., and Hurlbutt, JJ.